IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel: 818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, SYEDA NEELOFAR BOKHARI,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SYEDA NEELOFAR BOKHARI, | Case No.: CV 17-1668 E |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | CHARLES F. EICK UNITED STATES MAGISTRATE JUDGE |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND EIGHT HUNDRED FIFTY DOLLARS ($4,850.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 11/6/17

CHARLES F. EICK
UNITED STATES ~~JUDGE~~
Magistrate Judge

Case 2:17-cv-01668-E
FILED CLERK, U.S. DISTRICT COURT
NOV - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY